AO83 (Rev. 10/03) Summons in a Criminal Case

**FILED**
**DISTRICT COURT OF GUAM**
**DEC -8 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| **GREGORY L. BRUB** <br> **aka GREGORY CHACO** | Case Number: **CR-02-00037** |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **3rd FLOOR, U.S. COURTHOUSE** <br> **520 WEST SOLEDAD AVENUE** <br> **HAGATNA, GUAM 96910** | **COURTROOM** |
| | Date and Time |
| Before: Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge | **Monday, December 12, 2005 at 1:45 p.m.** |

To answer a(n)
☐ Superseding Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ____**18**____ United States Code, Section(s) ____**3583**____

Brief description of offense:

**SEE ATTACHED PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

LEILANI R. TOVES HERNANDEZ, DEPUTY CLERK
Name and Title of Issuing Officer

*/s/ Hernandez*
Signature of Issuing Officer

**DECEMBER 5, 2005**
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date 12/7/2005

Service was made by me on:[1]

ORIGINAL

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Big Navy NEX. Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/8/2005
            Date

J. Salas
Name of United States Marshal

V.
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.