DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-02-00037**  **DATE: December 12, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 2:30:11 - 2:53:36  CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** Gregory L. Brub aka Greg Chaco   **ATTY:** ALEX MODABER
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.  ( X ) PRESENT ( ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON  **AGENT:**

**U.S. PROBATION:** CARMEN O'MALLAN  **U.S. MARSHAL:** V. ROMAN

**INTERPRETER:** _____ ( ) SWORN  **LANGUAGE:** _____

**PROCEEDINGS:**   - INITIAL APPEARANCE
- ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED

( X ) ALLEGATIONS STATED BY THE PROBATION OFFICER
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**( X ) NOTES:**

The Court appointed the Federal Public Defender to represent the defendant. Government recommended revocation and intermittent detention. Defense argued for a less restrictive modification.
The Court stated that it will forward its recommendation to modify his supervised release conditions to include an additional 75 hours of community service as a sanction for noncompliance.
Defendant was released and admonished to abide by his release conditions.

Courtroom Deputy: ____