

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY L. BRUB,<br>aka GREGORY CHACO,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 02-00037<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to December 5, 2005.

Dated this 12TH day of December, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

**ORIGINAL**