# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>      Plaintiff,<br><br>vs.<br><br>Gregory L. Brub aka Gregory Chaco,<br><br>      Defendant. | Case No. 1:02-cr-00037<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order filed December 12, 2005,* on the dates indicated below:

*U.S. Attorney's Office*           *Federal Public Defender*
*December 14, 2005*               *December 14, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order filed December 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 14, 2005                    /s/ Leilani R. Toves Hernandez
                                                                Deputy Clerk