<mark>FILED</mark>
DISTRICT COURT OF GUAM
DEC 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00037 |
| Plaintiff, | ) | |
| vs. | ) | **REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |
| GREGORY L. BRUB, a.k.a. GREGORY CHACO, | ) | |
| Defendant. | ) | |

On December 5, 2005, the United States Probation Office filed a violation petition and declaration alleging that the Defendant violated conditions of supervised release. See Docket No. 30. The alleged Grade C violations were:

1. The Defendant failed to follow the instructions of the probation officer by failing to report to his probation officer for compliance meetings;

2. The Defendant failed to participate in a mental health and substance abuse program for the treatment of narcotic addiction or drug dependency to include testing for the detection of substance abuse by failing to report for urinalysis and drug counseling sessions;

2. The Defendant failed to maintain gainful employment; and

3. The Defendant failed to notify the probation officer of a change in employment.

See Docket No. 30.

On December 12, 2005, the Defendant appeared with counsel before the Court. The

<mark>ORIGINAL</mark>

<mark>Case 1:02-cr-00037   Document 36   Filed 12/19/2005   Page 1 of 2</mark>

Defendant knowingly and voluntarily waived his right to evidentiary hearing and admitted to all the violations alleged. The Government and the Probation Officer were satisfied with the admissions. The Defendant asked for leniency and stated that he would abide by all conditions imposed. Furthermore, the Defendant requested that he be given this one more chance and that should there be any other violation in the future, he will not ask the Court for another chance because he realizes that this will be his one last chance to comply. The Government recommended revocation and detention, however, the Probation Officer believed that the Defendant should be given this final opportunity to turn his life around and thus recommend that the Defendant perform community service as a sanction for the non-compliance.

Based on the Defendant's admissions, I therefore find probable cause to believe that the Defendant violated his conditions of supervised release. I hereby recommend that the District Judge not revoke the Defendant's term of supervised release, but instead modify his conditions of supervised release to include the imposition of 75 hours of community service. Additionally, I recommend that the District Judge accept the Defendant's offer that this be his final chance and that any future violation of his supervised release conditions would result in his immediate confinement pending further disposition. This matter is referred to the District Judge for appropriate disposition. Unless otherwise re-scheduled by the District Judge, the disposition hearing shall be held on Wednesday, January 18, 2006 at 9:00 a.m. before the Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.

DATED this _19th_ day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

### NOTICE

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**