DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
JAN 18 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-02-00037**  **DATE: 01/18/2006**

HON. DONALD W. MOLLOY, Designated Judge, Presiding
Court Reporter: Wanda Miles
Electronically Recorded: 9:09:28 - 9:21:30

Law Clerk: Jeff Roth
Courtroom Deputy: Virginia T. Kilgore
CSO: F. Tenorio

**********************APPEARANCES*****************************

**DEFT:** GREGORY L. BRUB aka GREG CHACO  **ATTY:** ALEX MODABER
(X) PRESENT ( ) CUSTODY (X) BOND ( ) P.R.  (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID  AGENT:

U.S. PROBATION: CARMEN O'MALLAN  U.S. MARSHAL: W. GRAY / G. PEREZ

INTERPRETER: _____ ( ) SWORN  LANGUAGE: _____

**PROCEEDINGS: DISPOSITION HEARING**

( ) ALLEGATIONS STATED BY THE PROBATION OFFICER
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

(X) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
(X) DEFENDANT TO REMAIN RELEASED

(X) NOTES:

Defense counsel requested the Court to follow the recommendation of the Magistrate Judge. Defendant addressed the Court and apologized. The Court adopted the recommendation of the probation officer and the Magistrate Judge. Government had no objection. The Court modified defendant's supervised release to include 75 hours of community service and ordered the defendant to complete 10 hours per month. The Court further ordered the defendant to provide the probation office with a signed documentation from the entity indicating how much time he performed. All previous conditions remain in full force and effect.

Courtroom Deputy: _____