

**FILED**
DISTRICT COURT OF GUAM
JUN 23 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| United States of America<br>Plaintiff,<br><br>vs.<br><br>GREGORY L. BRUB aka<br>Gregory Chaco<br>Defendant. | CRIMINAL CASE NO. 02-00037-001<br><br>SUPPLEMENTAL<br>DECLARATION IN SUPPORT OF PETITION |

**Re:** **Supplemental Violation Report**

I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Gregory L. Brub, and in that capacity declare as follows:

On June 22, 2006, a Petition for Summons for Offender Under Supervision was filed with the Court after Mr. Brub tested positive for marijuana and failed to perform community service as ordered by the Court. Mr. Brub has violated additional conditions of his supervised release.

**Special Condition:** *The defendant shall participate in a mental health and substance abuse treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse or use, and that the defendant make a co-payment for any such treatment at a rate to be determined by the U.S. Probation Office.*

ORIGINAL

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Supplemental Violation Report
Re:   BRUB, Gregory L.
USDC Cr. Cs. No. 02-00037-001
June 23, 2006
Page 2

Mr. Brub failed to report for urinalysis on June 19, and 22, 2006. He also failed to appear for counseling sessions on June 15 and 19, 2006. Mr. Brub has had similar failures to appear for counseling and urinalyses, which have been sanctioned by a return to the start of the year-long drug testing and treatment program. The treatment provider has cancelled all future appointments as Mr. Brub has had two consecutive failure to appear for counseling.

**Special Condition:** *The defendant shall obtain and maintain gainful employment.*

Mr. Brub was employed as a diner for the Navy Exchange Compass. The General Manager, Arnold Morato, reported that he terminated Mr. Brub on June 14, 2006 for his failure to report to work as scheduled. Mr. Morato stated that Mr. Brub has a history of reporting to work late or not showing up as scheduled. He stated that he continually excused his tardiness and absences as Mr. Brub stated that he did not have transportation to work. Mr. Morato stated that he terminated Mr. Brub as he was absent from work at a critical time and because he was pressured by his superiors after too many chances.

**Standard Condition:** *The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.*

Mr. Brub did not notify this Officer that he was terminated from his employment. He informed this Officer that on June 15, 2006, his mother and sister were going to moving out of the apartment they all shared in Mong Mong, Guam. This information was verified on June 14, 2006, by Mr. Brub's sister, Jo Paco. Ms Paco informed this Officer that they were all going to move out of their apartment by June 17, 2006, and go their separate ways. Mr. Brub was given the address and telephone number of a homeless shelter where he could live in the event he did not have a residence. He was further informed that the Probation Office would provide bus passes to help him with transportation to and from the testing and treatment site, his place of employment, and to the National Park Service to perform community service. Mr. Brub has not been in contact with this Officer since June 15, 2006.

**Recommendation:** The Probation Officer respectfully requests that pursuant to 18 U.S.C. § 3583, these violations be incorporated with the petition filed on June 22, 2006.

DECLARATION IN SUPPORT OF PETITION
Supplemental Violation Report
Re:   BRUB, Gregory L.
USDC Cr. Cs. No. 02-00037-001
June 23, 2006
Page 3

Executed this 23rd day of June 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc:   Marivic P. David, AUSA
      Federal Public Defender
      File