IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-02-00037  DATE: June 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: None Present
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:32:33 - 9:37:55; 9:55:00 - 10:12:56
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Gregory L. Brub aka Gregory Chaco      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Carmen O'Mallan      U.S. Marshal: D. Punzalan
Interpreter:      Language:
☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Proceedings Continued to: 7/3/2006 at 9:30 a.m.

NOTES: The Court appointed the Federal Public Defender to represent the defendant. Government recommended detention. Probation concurred. Defense counsel argued for defendant's continued release. The Court ordered probation to administer a field drug test today. If the result of the drug test is negative, the Court ordered that defendant remain released. However, if defendant's drug test is positive, the Court ordered that the defendant be detained. Hearing continued to July 3, 2006 at 9:30 a.m. before Magistrate Judge Joaquin V.E. Manibusan, Jr.