# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  vs.<br><br>Gregory L. Brub aka Gregory L. Chaco,<br><br>  Defendant. | Case No. 1:02-cr-00037<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order filed on June 29, 2006* on the dates indicated below:

*U.S. Attorney's Office*           *Federal Public Defender*
*July 3, 2006*                     *July 3, 2006*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order filed on June 29, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 3, 2006                         /s/ Virginia T. Kilgore
                                                Deputy Clerk