

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

CASE NO.: CR-02-00037  DATE: July 03, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
 Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
 Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:41:10 - 9:44:10
 CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Gregory L. Brub aka Gregory Chaco - Not Present  Attorney: Richard Arens

☐ Present ☐ Custody ☐ Bond  ☑ Present ☐ Retained
☐ P.R.  ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Carmen O'Mallan  U.S. Marshal: None Present
Interpreter:  Language:
 ☐ Sworn ☐ Previously Sworn

---

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked**

NOTES: Ms. O'Mallan advised the Court that her office received a call and the defendant is at the hospital being treated for a cut that he received.

Ms. David requested for a Bench Warrant to be issued. Mr. Arens did not oppose. Accordingly, the Court Ordered that a Bench Warrant be issued.