≈AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of       **GUAM**

UNITED STATES OF AMERICA

V.

**GREGORY L. BRUB aka GREGORY CHACO**

**WARRANT FOR ARREST**

Case Number: CR-02-00037

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **GREGORY L. BRUB aka GREGORY CHACO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    **X** Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FAILURE TO APPEAR**

in violation of Title _____ United States Code, Section(s) _____

**VIRGINIA T. KILGORE**
Name of Issuing Officer

*Virginia T. Kilgore* (signature)
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**JULY 3, 2006, HAGATNA, GUAM**
Date and Location

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL - 5 2006
MARY L.M. MORAN
CLERK OF COURT

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS Hagatna Gu (Self Surrender)

| DATE RECEIVED 7/3/06 | NAME AND TITLE OF ARRESTING OFFICER David A. Punzalan CI - DUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7/5/06 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____