

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

CASE NO.: CR-02-00037 DATE: July 06, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Reporter: None Present
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 9:40:42 - 10:01:58
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Gregory L. Brub aka Gregory Chaco   Attorney: Richard Arens
☒ Present ☒ Custody ☐ Secured Bond   ☒ Present ☐ Retained
☐ Unsecured Bond ☐ P.R.   ☒ FPD ☐ CJA

U.S. Attorney: Marivic P. David   U.S. Agent:
U.S. Probation: Carmen O'Mallan   U.S. Marshal: C. Marquez
Interpreter:   Language:
☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked**

- Defendant Admits to All the Allegations
- Court Finds That the Defendant Did Violate Conditions of Supervised Release
- Disposition hearing set for 7/24/2006 at 1:30 p.m.
- Defendant Remanded to the Custody of the U.S. Marshals Service

NOTES: Defense counsel argued for defendant to be released. Government counsel stated that she supported probation's recommendation of detention. Defendant admitted to the violations in the petition. The Court detained the defendant and set a disposition hearing for July 24, 2006 at 1:30 p.m. before District Judge James Ware.