
FILED
DISTRICT COURT OF GUAM
JUL - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 02-00037 |
|---|---|
| Plaintiff, | ) |
| vs. | ) REPORT CONCERNING VIOLATIONS<br>) OF SUPERVISED RELEASE<br>) CONDITIONS IN A FELONY CASE |
| GREGORY L. BRUB,<br>a.k.a. GREGORY CHACO, | ) |
| Defendant. | ) |

On June 22, 2006, the United States Probation Office filed a Petition and declaration alleging that the Defendant violated conditions of supervised release. See Docket No. 42. Additionally, on June 23, 2006, the probation officer filed a Supplemental Declaration alleging further Grade C violations. See Docket No. 43. According to the Petition and Supplemental Declaration, the Defendant:

1. tested positive for marijuana use on May 30, 2006;
2. failed to appear for urinalysis testing on two (2) separate occasions;
3. failed to attend two (2) drug counseling sessions;
4. failed to perform community service work as directed (at a rate of no less than 10 hours per month);
5. failed to maintain gainful employment; and
6. failed to notify the probation officer at least 10 days prior to any change in employment.

On July 6, 2006, the Defendant appeared with counsel before the Court. The Defendant knowingly and voluntarily waived his right to evidentiary hearing and admitted to all the violations alleged. Based on the Defendant's admissions, I therefore find probable cause to believe that the Defendant violated his conditions of supervised release. This matter is referred to the District Judge for appropriate disposition. Unless otherwise re-scheduled, the disposition hearing shall be held on Monday, July 24, 2006, at 1:30 p.m. before the Honorable James Ware, United States District Judge for the Northern District of California, sitting by designation.

DATED this 6th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**