# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Gregory L. Brub aka Gregory Chaco,<br><br>Defendant. | Case No. 1:02-cr-00037<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Report Concerning Violations of Supervised Release Conditions in a Felony Case filed on July 6, 2006*, on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*July 7, 2006*                          *July 10, 2006*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

***Report Concerning Violations of Supervised Release Conditions in a Felony Case filed on July 6, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 11, 2006                              /s/ Melissa L. Trauner
                                                          Deputy Clerk