ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00037 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION RESCHEDULING SUPERVISED RELEASE VIOLATION HEARING** |
| GREGORY L. BRUB aka ) GREGORY CHACO, ) | |
| Defendant. ) | |

The United States of America, by and through its undersigned counsel, and defendant GREGORY L. BRUB aka GREGORY CHACO, by and through his counsel, Assistant Federal Public Defender Richard P. Arens, hereby stipulate to reschedule the supervised release violation

//
//
//
//
//
//
//

hearing currently scheduled for July 24, 2006, to a date on about August 2, 2006 or thereafter to be selected by the court. The parties make this request for the reason that government counsel will be off-island for business purposes from July 24, 2006, to August 1, 2006.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 7/19/06

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 7/19/06

_____
RICHARD P. ARENS
Assistant Federal Public Defender
Attorney for Defendant