LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 24 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00037 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Re: July 19, 2006 |
| | ) | Stipulation of Parties |
| GREGORY L. BRUB a/k/a | ) | |
| GREGORY CHACO, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed July 19, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the supervised release violation hearing is continued to August 3, 2006, at 9:30 a.m.

DATE: July 21, 2006

JAMES WARE, Designated Judge
District Court of Guam

**ORIGINAL**