# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00037      DATE: August 03, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:31:12 - 10:05:54; 3:00:28 - 3:08:40
CSO: J. McDonald

**APPEARANCES:**

Defendant: Gregory L. Brub aka Gregory Chaco      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Judy Ocampo      U.S. Marshal: C. Marquez / G. Perez
Interpreter:      Language:
☐ Sworn ☐ Previously Sworn

**PROCEEDINGS:** Disposition Hearing

- Court delayed imposition of the disposition for the pending violations which the defendant has admitted to.
- Status Hearing set for: November 1, 2006 at 10:00 a.m.
- Defendant released on the supervised release conditions previously imposed.

NOTES: