

FILED
DISTRICT COURT OF GUAM
NOV - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GREGORY L. BRUB,<br>a.k.a. GREGORY CHACO,<br>Defendant. | CRIMINAL CASE NO. 02-00037<br><br>**ORDER** |

Due to the scheduling needs of the Court, the status hearing presently calendared for November 1, 2006, is hereby moved to Wednesday, November 8, 2006, at 11:00 a.m. before the below-signed district judge.

SO ORDERED this 31st day of October 2006.

FRANCES M. TYDINGCO-GATEWOOD
United States District Judge

ORIGINAL