**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-02-00037　　　　　　　　　　　　DATE: November 08, 2006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 11:09:57 - 11:37:39
CSO: J. Lizama / D. Quinata

**APPEARANCES:**
Defendant: Gregory L. Brub aka Gregory Chaco　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**
- Government concurred with probation's recommendation of continued supervised release.
- Mr. Arens moved the Court to adopt probation's recommendation.
- Defendant admonished by the Court.
- Continued Status Hearing re Violation of Supervised Release and Disposition set for: 1/8/2007 at 10:00 a.m.
- Defendant to remain released.

NOTES: The Court set a continued status hearing to further access defendant's performance.