# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-02-00037-001                    DATE: January 08, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley                   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:02:06 - 9:15:30
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Gregory L. Brub aka Gregory Chaco    Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.              ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David                 U.S. Agent:
U.S. Probation: Carmen O'Mallan                 U.S. Marshal: G. Perez
Interpreter:                                     Language:

**PROCEEDINGS: Continued Status Hearing re Violation of Supervised Release and Disposition**
- Ms. O'Mallan provided status to the Court and recommended that the defendant continue his term of supervised release.
- Revocation of supervised release <u>denied</u>.
- Defendant admonished to abide by his supervised release conditions.

NOTES: