# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Gregory L. Brub aka Gregory Chaco**  Case Number: **CR 02-00037-001**

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: October 7, 2003

Original Offense: Counterfeiting U.S. Currency, in violation of Title 18, U.S.C. § 471

Original Sentence: Twelve months plus one day imprisonment followed by three years of supervised release with conditions that the defendant: obey all federal, state, and local laws; comply with the standard conditions of probation; refrain from the use or possession of illegal controlled substances, and submit to one urinalysis within 15 days of release and two more thereafter; refrain from the use of alcohol; undergo a substance abuse and mental health assessment and participate in drug testing and treatment if determined to be necessary; obtain and maintain gainful employment; refrain from incurring any new lines of credit or debts without permission; submit financial statements upon request; allow random searches on personal computer, hardware and software; perform 300 hours of community service, and pay a special assessment fee of $100. **Modified** on January 18, 2006, to include an additional 75 hours of community service for noncompliance. **Petition for Summons for Offender Under Supervision** filed on June 23, 2006, for noncompliance.

Type of Supervision: Supervised Release   Date Supervision Commenced: February 3, 2005

Assistant U.S. Attorney: Marivic David   Defense Attorney: Federal Public Defender

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Special Condition** | Failure to refrain from using a controlled substance, in violation of 18 U.S.C. § 3583(d). |

≙Prob 12C  
(12/04)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,  
Re: Violation of Supervised Release Conditions, Request for a Summons  
submitted by  
U.S. Probation Officer Specialist Carmen D. O'Mallan*

Reviewed by:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

/s/ CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist

Date: _____

Executed on: _____

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

# VIOLATION WORKSHEET

1. Defendant **Gregory L. Brub aka Gregory Chaco**
2. Docket Number (Year-Sequence-Defendant No.) **CR 02-00037-001**
3. District/Office Guam
4. Original Sentence Date 10 / 07 / 03

(If different than above):
5. Original District/Office N/A
6. Original Docket Number (Year-Sequence-Defendant No.) N/A
7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Failure to refrain from using a controlled substance. | C |

8. Most Serious Grade of Violation (see §7B1.1(b)) — C
9. Criminal History Category (see §7B1.4(a)) — I
10. Range of Imprisonment (see §7B1.4(a)) — 3 to 9 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

Defendant: **Gregory L. Brub aka Gregory Chaco**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | Restitution ($) | | Community Confinement | |
    |---|---|---|---|
    | Fine ($) | | Home Detention | |
    | Other | | Intermittent Confinement | |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: **27 - 33**

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)):  _____ months  _____ days

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

Case 1:02-cr-00037   Document 59-2   Filed 04/24/2007   Page 2 of 2

**UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF GUAM**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 02-00037-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| GREGORY L. BRUB | ) | |
| aka Gregory Chaco | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


**Re:   Violation of Supervised Release Conditions, Request for a Summons**

      I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Gregory L. Brub, and in that capacity declare as follows:

      On October 7, 2003, Gregory Brub was sentenced to twelve months and one day imprisonment and three years supervised release for the offense of Counterfeiting U.S. Currency, in violation of 18 U.S.C. § 471. Mr. Brub's term of supervised release commenced on February 3, 2005. He is alleged to have violated the following condition of supervision, which is in violation of 18 U.S.C. § 3583(d).

**Special Condition**: *The defendant shall not use or possess illegal controlled substances.* Mr. Brub tested presumptive positive for Methamphetamine on April 6, 2007. He denied using any controlled substance and the specimen was forwarded to Scientific Testing Laboratories, Inc. for confirmation. Laboratory analysis received on April 13, 2007, was positive for Amphetamine and Methamphetamine. On April 20, 2007, when confronted with the laboratory confirmation, Mr. Brub stated that he did not smoke "ice" but did chew betelnut that may have contained "ice".

**Supervision Compliance:** Mr. Brub lives with his sister, Jo Patao, and her family. He is currently unemployed. He had undergone the 40 hour OSHA Occupational Safety and Health Agency (OSHA) training, and other requirements in anticipation of his employment with Shaw Environmental and Infrastructure, Inc. The company has since offered him a position to work in Kwajelein, in the Marshal Islands, for three months commencing April 23, 2007. Mr. Brub was informed that the Probation Office would not support his move to Kwajelein for that length of time as he has not successfully completed the year-long substance abuse testing and treatment program which would be a significant factor in establishing his adjustment on supervision.

Declaration in Support of Petition
Re: BRUB, Gregory L. aka Gregory Chaco
USDC Cr. Cs. No. 02-00037-001
April 24, 2007
Page 2


Mr. Brub has successfully completed eight months of the year-long substance abuse program, but was returned to the start of the program when he rendered the positive drug test on April 6, 2007.

**Recommendation:** This Probation Officer respectfully requests that the Court issue a summons for Gregory Brub to appear for a hearing to answer or show cause why his term of supervised release should not be revoked pursuant to 18, U.S.C. § 3583.

Executed this 24th day of April 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

        Respectfully submitted,

        FRANK MICHAEL CRUZ
        Chief U.S. Probation Officer

By:   /s/ CARMEN D. O'MALLAN
        U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  Marivic David, AUSA
   Federal Public Defender
   File