≈PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT

for

## District of Guam

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   **Gregory L. Brub aka Gregory Chaco**      Case Number: **CR 02-00037-001**

Name of Sentencing Judicial Officer:    John S. Unpingco

Date of Original Sentence:    October 7, 2003

Original Offense:    Counterfeiting U.S. Currency, in violation of Title 18, U.S.C. § 471

Original Sentence:    Twelve months plus one day imprisonment followed by three years of supervised release with conditions that the defendant: obey all federal, state, and local laws; comply with the standard conditions of probation; refrain from the use or possession of illegal controlled substances, and submit to one urinalysis within 15 days of release and two more thereafter; refrain from the use of alcohol; undergo a substance abuse and mental health assessment and participate in drug testing and treatment if determined to be necessary; obtain and maintain gainful employment; refrain from incurring any new lines of credit or debts without permission; submit financial statements upon request; allow random searches on personal computer, hardware and software; perform 300 hours of community service, and pay a special assessment fee of $100. **Modified** on January 18, 2006, to include an additional 75 hours of community service for noncompliance. **Petition for Summons for Offender Under Supervision** filed on June 23, 2006, for noncompliance.

Type of Supervision:   Supervised Release      Date Supervision Commenced:  February 3, 2005

Assistant U.S. Attorney:   Marivic David      Defense Attorney:  Federal Public Defender

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition | Failure to refrain from using a controlled substance, in violation of 18 U.S.C. § 3583(d). |

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,*
*Re: Violation of Supervised Release Conditions, Request for a Summons*
*submitted by*
*U.S. Probation Officer Specialist Carmen D. O'Mallan*

Reviewed by:

I declare under penalty of perjury that
the foregoing is true and correct.

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Date: _____

Executed on: _____

THE COURT ORDERS:

[ ] No action.
[ ] The issuance of a warrant.
[X] The issuance of a summons.
[ ] Other

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Apr 27, 2007**