**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 02-00037-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL** |
| vs. | ) | **DECLARATION IN SUPPORT OF PETITION** |
| | ) | |
| GREGORY L. BRUB aka | ) | |
| Gregory Chaco | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re: Supplemental Violation Report**

    I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Gregory L. Brub, and in that capacity declare as follows:

    On April 27, 2007, a Petition for Summons for Offender Under Supervision was filed with the Court after Mr. Brub tested positive for methamphetamine on April 6, 2007 which was confirmed by laboratory analysis on April 20, 2007. Mr. Brub has violated an additional condition of his supervised release, which is in violation of 18 U.S.C. § 3583(d).

**Special Condition:** *The defendant shall not use or possess illegal controlled substances.*

    Mr. Brub tested presumptive positive for methamphetamine on April 25, 2007. He denied using any controlled substance and the specimen was forwarded to Scientific Testing Laboratories, Inc. for confirmation. Laboratory analysis received on May 3, 2007, was determined to be an invalid specimen as the creatinine and specific gravity levels were abnormal indicating a diluted specimen. When processed for the year-long substance abuse treatment program on October 19, 2006, Mr. Brub was instructed in writing not to drink large amounts of fluids three hours prior to the test which he acknowledged in writing that he understood.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Supplemental Violation Report
Re: BRUB, Gregory L.
USDC Cr. Cs. No. 02-00037-001
May 4, 2007
Page 2

**Recommendation:** The Probation Officer respectfully requests that this violation be incorporated with the petition filed on April 27, 2007.

Executed this 4th day of May 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader