# UNITED STATES DISTRICT COURT

DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
MAY - 4 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

GREGORY L. BRUB
aka GREGORY CHACO

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:   CR-02-00037

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 302 |
| | Date and Time |
| Before:  HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Monday May 7, 2007 at 10:00 a.m. |

To answer a(n)
  ☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title ____18____ United States Code, Section(s) ____3583(d)____

Brief description of offense:

SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER FILED SEPARATELY ON APRIL 27, 2007.

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

_/s/_
Signature of Issuing Officer

May 1, 2007
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 5/3/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS Court House

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5/4/2007
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.