# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-02-00037-001  DATE: May 07, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:04:45 - 10:35:40
CSO: J. Lizama

**APPEARANCES:**

Defendant: Gregory L. Brub aka Gregory Chaco  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Carmen O'Mallan  U.S. Marshal: V. Roman / T. Muna
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Allegations stated by the Probation Officer.
- Defendant admits to all the allegations.
- Court finds that the defendant did violate conditions of supervised release.
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 9 months.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 27 months, with conditions (refer to Judgment for conditions of supervised release).
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: