PROB 12B
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

## Report for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | **Gregory L. Brub aka Gregory Chaco** | Case Number: | **CR 02-00037-001** |
| Name of Sentencing Judicial Officer: | Honorable John S. Unpingco | | |
| Date of Original Sentence: | October 7, 2003 | | |

Original Offense: Counterfeiting U.S. Currency, in violation of 18 U.S.C. § 471

Original Sentence: Twelve months plus one day imprisonment followed by three years of supervised release with conditions that the defendant: obey all federal, state, and local laws; comply with the standard conditions of probation; refrain from the use or possession of illegal controlled substances, and submit to one urinalysis within 15 days of release and two more thereafter; refrain from the use of alcohol; undergo a substance abuse and mental health assessment and participate in drug testing and treatment if determined to be necessary; obtain and maintain gainful employment; refrain from incurring any new lines of credit or debts without permission; submit financial statements upon request; allow random searches on personal computer, hardware and software; perform 300 hours of community service, and pay a special assessment fee of $100. **Revoked** for nine months imprisonment on May 7, 2007, for failure to refrain from using a controlled substance"ice."

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | January 7, 2008 |

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

**X** To modify the conditions of supervision as follows:

1. The defendant shall perform 100 hours community service as a sanction for not complying with the conditions of the substance abuse program.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender page 2

CAUSE

On May 27, 2008, Mr. Brub submitted a diluted urine specimen and denied any drug use. The specimen was sent to the laboratory for confirmation which was received on May 30, 2008 as an invalid specimen. On May 29, 2008, Mr. Brub submitted a second diluted urine specimen and admitted in writing to the treatment provider that he had used "ice" on May 27, 2008. He reported to the Probation Office on the following day and again admitted that he had used the drug "ice" after meeting an old friend, who had invited him to smoke the drug. Mr. Brub, who had recently progressed to Phase II of the drug testing program, was returned to the start of the year-long program. He is currently unemployed and enrolled as a participant in the Court Assisted Recovery Effort program.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of Mr. Brub's supervised release, pursuant to 18 U.S.C. § 3583(e)(2), as outlined above. Attached is PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, which has been signed by Mr. Brub.

Reviewed by:                                              Respectfully submitted,

/s/ ROSSANNA VILLAGOMEZ-AGUON         by: /s/ CARMEN D. O'MALLAN
Chief U.S. Probation Officer                              U.S. Probation Officer Specialist

Date:   June 9, 2008                                      Date:   June 9, 2008

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other        Issuance of a:    ☐ Summons    ☐ Warrant

PROB 49
(3/89)

# United States District Court

for

### District of Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. To perform 100 hours of community service as a sanction for not complying with the conditions of the substance abuse treatment program which is a condition of my supervised release.

Witness: __CARMEN D. O'MALLAN__
U.S. Probation Officer

Signed: __GREGORY LEE BRUB__
Probationer or Supervised Releasee

__May 30, 2008__
Date