# United States District Court

for

*District of Guam*

### Report on Offender Under Supervision

Name of Offender:   Gregory Lee Brub                           Case Number: **CR 02-00037-001**

Name of Sentencing Judicial Officer:   Honorable John S. Unpingco

Date of Original Sentence:           October 7, 2003

Original Offense:   Counterfeiting U.S. Currency, in violation of 18 U.S.C. § 471.

Original Sentence:   Twelve months plus one day imprisonment followed by three years of supervised release with conditions that the defendant: obey all federal, state, and local laws; comply with the standard conditions of probation; refrain from the use or possession of illegal controlled substances, and submit to one urinalysis within 15 days of release and two more thereafter; refrain from the use of alcohol; undergo a substance abuse and mental health assessment and participate in drug testing and treatment if determined to be necessary; obtain and maintain gainful employment; refrain from incurring any new lines of credit or debts without permission; submit financial statements upon request; allow random searches on personal computer, hardware and software; perform 300 hours of community service, and pay a special assessment fee of $100. **Modified** on December 5, 2005, to include up to eight drug tests per month. **Modified** on January 18, 2006 to include an additional 75 hours of community service for noncompliance. **Revoked** for nine months imprisonment on May 7, 2007, for failure to refrain from using a controlled substance"ice." **Modified** on June 11, 2008 to include 100 hours of community service for using a controlled substance.

Type of Supervision:   Supervised Release        Date Supervision Commenced: January 7, 2008

---

### NONCOMPLIANCE SUMMARY

Violation Number            Nature of Noncompliance

                            Failure to refrain from using a controlled substance in violation of 18 U.S.C. § 3583.

On August 11, 2008, Mr Brub tested presumptive positive for opiates at the drug testing vendor. He denied any illegal drug use and the specimen was sent to Kroll Laboratories Incorporated for confirmation. On August 18, 2008, laboratory analysis confirmed positive results for amphetamine, methamphetamine, codeine and morphine. On August 25, 2008, when confronted, Mr. Brub admitted that he had taken prescribed medication to include codeine as he had been ill. He stated that he did not bring in his medication which would validate if it was prescribed to him. Mr. Brub admitted to illegally using "ice" which he stated he ingested by mouth. He stated that he fully understood that his action was in violation of his conditions of release.

Mr. Brub's overall compliance with the conditions of his release continues to be marginal. He recently secured full-time employment and has been rated as an "awesome" employee by his overall supervisor. Mr. Brub continues to perform sanctioned community service and is enrolled in the Drug Offender Re-entry (DORE) Program.

This report is submitted for the Court's information only, and no action is requested at this time. Mr. Brub has been returned to the start of the substance abuse testing and treatment program and understands that his noncompliance will be reported to the Court. His compliance will be closely monitored as a participant in drug court and subsequent violations will be reported to the Court accordingly.

| Reviewed by: | Respectfully submitted, |
|---|---|
|  /s/ ROSSANNA VILLAGOMEZ-AGUON<br>Chief U.S. Probation Officer |  /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist |
| Date: September 3, 2008 | Date: September 3, 2008 |

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action.

☐ Other



/s/ Frances M. Tydingco-Gatewood
**Chief Judge**
**Dated: Sep 08, 2008**